IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDELL MOORE, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 23-1900 |
| | : | |
| v. | : | |
| | : | |
| KYLE RUSSELL, Warden; ROBERT MCFADDEN, Deputy Warden of Security; DAKOTA MARTIN, Allentown Police Dept; and MERVEILLE MVINDU, Allentown Police Dept., | : | |
| | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 25th day of August, 2023, after considering the amended complaint filed by the *pro se* plaintiff, Lindell Moore (Doc. No. 10); and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The amended complaint (Doc. No. 10) is **DISMISSED WITH PREJUDICE**; and

2. The clerk of court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.